CLOSED, STAY, TRANSF

# U.S. District Court
## Western District of Kentucky (Louisville)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00320-JHM
## Internal Use Only

Hill v. Merck and Company, Inc.
Assigned to: Judge Joseph H. McKinley, Jr
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/20/2007
Date Terminated: 08/21/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marilyn Hill**

represented by **John A. Bahe, Jr.**
Bahe Cook Cantley & Jones, PLC
239 S. Fifth Street
Suite 700
Louisville, KY 40202
502-568-2285
Fax: 502-587-2006
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn E. Cantley**
Bahe Cook Cantley & Jones, PLC
239 S. Fifth Street
Suite 700
Louisville, KY 40202
502-587-2002
Fax: 502-587-2006
Email: shawn@people-lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

```
CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE:  8-21-07
BY:  nmberkowhz
     Deputy Clerk
```

U.S. DISTRICT COURT
FILED
AUG 2 8 2007
S. D. OF N.Y.

V.

**Defendant**

**Merck and Company, Inc.**

represented by **Richard H.C. Clay**
Woodward, Hobson & Fulton, LLP
101 S. Fifth Street
2500 National City Tower
Louisville, KY 40202-3175
502-581-8005

Fax: 502-581-8111
Email: rclay@whf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Douglas Dill**
Woodward, Hobson & Fulton, LLP
101 S. Fifth Street
2500 National City Tower
Louisville, KY 40202-3175
502-581-8000
Fax: 502-581-8111
Email: adill@whf-law.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | ●1 | COMPLAINT against Merck and Company, Inc. Filing fee $ 350, receipt number 555084., filed by Marilyn Hill. (Attachments: # 1 Cover Sheet # 2 Summons)(JBM) (Entered: 06/21/2007) |
| 06/20/2007 | ●2 | Case Assignment (Random Selection): Case Assigned to Judge Jennifer B. Coffman. Magistrate designation: James D. Moyer. (JBM) (Entered: 06/21/2007) |
| 06/20/2007 | ●3 | Summons Issued as to Merck and Company, Inc.. (returned to counsel via US Mail)(JBM) Additional attachment(s) added on 6/21/2007 (JBM). (Entered: 06/21/2007) |
| 07/12/2007 | ●4 | ANSWER to Complaint with Jury Demand by Merck and Company, Inc..(Dill, Andrew) (Entered: 07/12/2007) |
| 07/16/2007 | ●5 | ORDER FOR MEETING AND REPORT by Judge Jennifer B. Coffman on 7/16/07; Parties to meetin within 30 days from date of entry/service of this Order; parties to conduct meeting/exchange disclosures; Joint meeting report due no later than 10 days following the meeting. cc:Counsel(JBM) (Entered: 07/16/2007) |
| 07/17/2007 | ●6 | CORPORATE DISCLOSURE STATEMENT by Merck and Company, Inc.. (Dill, Andrew) (Entered: 07/17/2007) |
| 07/27/2007 | ●7 | Joint MOTION to Stay *Proceedings* by Marilyn Hill, Merck and Company, Inc.. Responses due by 8/14/2007 (Attachments: # 1 Exhibit 1-letter from Williams to Judicial Panel on Multidistrict Litigation# 2 Proposed Order)(Dill, Andrew) (Entered: 07/27/2007) |
| 08/13/2007 | ●9 | Copy of CTO 29 from MDL Panel to SDNY.(NMB) (Entered: 08/16/2007) |

| 08/14/2007 | ●8 | ORDER by Judge Jennifer B. Coffman on 8/14/07; Case reassigned to Judge Joseph H. McKinley, Jr for all further proceedings. Judge Jennifer B. Coffman no longer assigned to case.cc:Counsel(JBM) (Entered: 08/14/2007) |
|---|---|---|
| 08/16/2007 | ●10 | ORDER by Judge Joseph H. McKinley Jr. on 8/15/07; granting 7 Motion to Stay. All proceedings are stayed pending transfer to the MDL. cc:Counsel(JBM) (Entered: 08/16/2007) |
| 08/20/2007 | ●11 | NOTICE by USDC SDNY. (Attachments: # 1 Certified Copy of CTO 29) (NMB) (Entered: 08/21/2007) |
| 08/21/2007 | ●12 | NOTICE from USDC WDKY re 11 Notice of Transfer to USDC SDNY MDL Court. (NMB)cc: Counsel, SDNY (Entered: 08/21/2007) |