

# Case Assignment
# Standard CivilAssignment

Case number **3:07CV-320-C**

Assigned : Judge Jennifer B. Coffman
Judge Code : 4312

Designated Magistrate Judge : James D. Moyer
Magistrate Judge Code : 44AN

Assigned on 06/21/2007

Request New Judge ..... Return