UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| MARILYN HILL | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV-320-C |
| | ) | |
| MERCK & CO., INC. | ) | |
| | ) | |
| DEFENDANT | ) | |

### MERCK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil procedure 7.1, Defendant Merck & Co., Inc. submits this Corporate Disclosure Statement.

1. All parent corporations, if any, of the named Defendant:  None.

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:  None.

Respectfully submitted,

s/Andrew D. Dill
Richard H. C. Clay
Andrew D. Dill
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
Louisville, Kentucky  40202
(502) 581-8000
Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. Shawn E. Cantley
(shawn@people-lawyers.com)
Mr. John A. Bahe, Jr.
(john@people-lawyers.com)
700 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
Counsel for Plaintiff

s/Andrew D. Dill
Andrew D. Dill