IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | | |
|---|---|---|
| MARILYN HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 3:07CV-320-C |
| | ) | |
| MERCK & CO., INC. | ) | |
| | ) | |
| Defendant | ) | |

* * * * * * *

**JOINT MOTION TO STAY PROCEEDINGS**

The parties to this action jointly move the Court to stay all proceedings in the above captioned case, pending its transfer to *In re Fosamax Products Liability Litigation*, MDL No. 1789, the multidistrict litigation proceeding that was established in the Southern District of New York to coordinate all federal FOSAMAX® ("Fosamax") product liability cases.

On August 16, 2006, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order transferring 18 Fosamax products liability cases to the United States District Court for the Southern District of New York (Keenan, J.) for coordinated pretrial proceedings under 28 U.S.C. § 1407. *In re Fosamax Products Liability Litigation*, MDL No. 1789. As of this date, the MDL Panel has issued 28 Conditional Transfer Orders requiring the transfer of an additional 77 actions to MDL 1789, where a total of 191 cases are now pending, including both the transferred cases and cases filed directly in the transferee court.

On June 27, 2007, Merck provided the MDL Panel with notice of this action pursuant to the "tag-along" procedure contained in the MDL Rules. (A copy of the letter is attached hereto as Exhibit 1.) Merck expects the Panel shortly to issue a conditional

transfer order as to this action. Because neither party will oppose transfer, and the case will likely be transferred, a stay will preserve the resources of the Court and the parties involved.

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion to stay all proceedings in this action pending its transfer to MDL-1789.

Dated this 27th day of July, 2007.

                              Respectfully submitted,

                              s/Andrew D. Dill
                              Richard H. C. Clay
                              Andrew D. Dill
                              WOODWARD, HOBSON & FULTON, L.L.P.
                              2500 National City Tower
                              Louisville, Kentucky 40202
                              (502) 581-8000
                              *Counsel for Merck & Co., Inc.*

                              s/Andrew D. Dill with permission of
                                    Shawn E. Cantley
                              Shawn E. Cantley
                              Bahe, Cook, Cantley & Jones, PLC
                              700 Kentucky Home Life Building
                              239 South Fifth Street
                              Louisville, KY 40202
                              (502) 587-2002
                              *Counsel for Plaintiffs*