IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | |
|---|---|
| MARILYN HILL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 3:07CV-320-C |
| ) | |
| MERCK & CO., INC. ) | |
| ) | |
| Defendant ) | |

\* \* \* \* \* \* \*

## ORDER

Motion having been made and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the parties' Joint Motion to stay is **GRANTED**. All proceedings in this matter are hereby stayed pending transfer to *In re Fosamax Products Liability Litigation,* MDL No. 1789.

Tendered by:

s/Andrew D. Dill
Richard H. C. Clay
Andrew D. Dill
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
Louisville, Kentucky 40202
(502) 581-8000
*Counsel for Merck & Co., Inc.*

<u>s/Andrew D. Dill w/ permission of Shawn E. Cantley</u>
Shawn E. Cantley
Bahe, Cook, Cantley & Jones, PLC
700 Kentucky Home Life Building
239 South Fifth Street
Louisville, KY 40202
(502) 587-2002
*Counsel for Plaintiff*