UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:   CIVIL CASE RE-ASSIGNMENT FOR THE LOUISVILLE DIVISION

Pursuant to General Order 2007-10,

**IT IS ORDERED** that the following cases are assigned to **Hon. Joseph H. McKinley, Jr., Judge, United States District Court for the Western District of Kentucky:**

Louisville Civil Action No. 07-399
Louisville Civil Action No. 07-367
Louisville Civil Action No. 07-362
Louisville Civil Action No. 07-320
Louisville Civil Action No. 07-315
Louisville Civil Action No. 07-290
Louisville Civil Action No. 07-279
Louisville Civil Action No. 07-236
Louisville Civil Action No. 07-197
Louisville Civil Action No. 07-138

**IT IS FURTHER ORDERED** that a copy of this order shall be forwarded to counsel of record in each affected case.

Signed on  August 14, 2007

**Jennifer B. Coffman, Judge**
**United States District Court**