UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**FILED**
JEFFREY A. APPERSON, CLERK

AUG 20 2007

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

J. Michael McMahon
Clerk

USDC WD OF KENTUCKY

Date: 8/15/07

In Re:    FOSAMAX

MDL    1789

Your Docket #

3:07-0320

S.D. OF N.Y.

07 CV 7293

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   KEENAN    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit