UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OFFICE OF THE CLERK

| | |
|---|---|
| **JEFFREY A. APPERSON** | **VANESSA L. ARMSTRONG** |
| **CLERK OF COURT** | **CHIEF DEPUTY CLERK** |

August 21, 2007

Clerk, U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 1007
Attn: MDL Unit

      **RE:**   **MDL 1789 Fosamax**
                3:07CV-320   *Hill v. Merck and Co., Inc.*

Dear Clerk:

     In response to your letter of 8/15/07 with attached certified copy of CTO 29 transferring the above action to your court, enclosed please find a certified copy of the docket sheet for this matter, along with a file-stamped copy of your transfer letter. Please note, this case is fully electronic and the documents may be retrieved using your PACER account.

     If I can be of further assistance, please feel free to contact me via e-mail at Natalee_Berkowitz@kywd.uscourts.gov or by phone at the number below.

                                       Sincerely,

                                       Jeffrey A. Apperson, Clerk
                                       /s/ *Natalee McClure Berkowitz*