UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-21-08
```

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION

                                    :      MDL No. 1789
                                           1:06-md-1789 (JFK)

_____x
*This Document Relates to:*          :      <u>ORDER</u>
All actions                          :
------------------------------------x
**JOHN F. KEENAN, United States District Judge:**


        Oral argument on Plaintiffs' motion to compel

production of documents will take place at 10:00 a.m. on

June 2, 2008 in Courtroom 20-C.



SO ORDERED.

Dated:    New York, New York
          May 21, 2008


                        JOHN F. KEENAN
                 United States District Judge